IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **KALEASY TECH LLC** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 3:19-cv-1555-M |
| | ) |
| **NEC CORPORATION OF AMERICA,** | ) |
| | ) |
| **Defendant.** | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Kaleasy Tech LLC hereby dismisses the within action with prejudice. According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant, NEC Corporation of America, has not yet answered the Complaint. Accordingly, Plaintiff voluntarily dismisses this action against Defendant NEC Corporation of America, with prejudice pursuant to Rule 41(a)(1). Each party shall bear its own costs, expenses, and attorneys' fees.

Date: January 10, 2020

KIZZIA & JOHNSON, PLLC
/s/Jay Johnson
Jay Johnson
1910 Pacific Ave., Ste. 13000
Dallas, TX 75201
Phone: 214-451-0164
Fax: 214-451-0165
Email: jay@kjpllc.com

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on January 10, 2020, a true and correct copy of the above and foregoing document was served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served via electronic mail.

                   _____
                   Jay Johnson